**William Scott DAVIS, Jr.,**
**Plaintiff-Appellant,**

v.

**W. Earl BRITT; James C. Fox; James C. Dever, III; Louise W. Flanagan; Terrence Boyle; Malcolm J. Howard; James C. Gates; Rebecca Beach Smith, Defendants-Appellees.**

No. 17-1439

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2017

Decided: June 26, 2017

William Scott Davis, Jr., Appellant Pro Se.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his post-judgment motions in a closed civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Britt*, No. 5:16-ct-03211-BA (E.D.N.C. Mar. 21, 2017). We deny Davis' motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*